# Third District Court of Appeal
## State of Florida

Opinion filed December 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D2025-1727
Lower Tribunal No. F92-13976A
_____

**Alfred Moultrie,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Alfred Moultrie, in proper person.

James Uthmeier, Attorney General, and Daihana Chang Ferrey, Assistant Attorney General, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.